No. 04–7956. DIAZ MALDONADO v. OLANDER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7960. WARREN v. CRAWFORD, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–7961. WOOTEN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–7962. WILHELM v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7963. TORRES v. TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 04–7965. ROMER v. TRAVIS, CHAIRPERSON, NEW YORK BOARD OF PAROLE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–7967. STEWARD v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7968. SAMPLE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–7972. BASEY v. WATHEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–7976. PETERSON v. WHOLE FOODS MARKET CALIFORNIA, INC. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 04–7977. MURILLO v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7982. MOSLEY v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET. C. A. 3d Cir. Certiorari denied.

No. 04–7987. GRAY v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 04–7992. HAMILTON v. NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.